UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ANDRE LEWIS,

    Plaintiff,                                        CASE NO.: 0:20-cv-61159-RKA

vs.

DISCOUNT PARKING FLL, LLC,
a Florida Limited Liability Company

    Defendant.

_____/

## JOINT SCHEDULING REPORT

Pursuant to Rule 16.1(b)(2) of the Local Rules of the United States District Court for the Southern District of Florida, and this Court's Order Requiring Scheduling Report and Certificates of Interested Parties [ECF 11], Plaintiff, ANDRE LEWIS ("Plaintiff"), by and through her undersigned counsel, in conference with Defendant, DISCOUNT PARKING FLL, LLC ("Defendant"), by and through its undersigned counsel, (collectively referred to herein as the "Parties"), hereby file this Joint Scheduling Report and accompanying Joint Proposed Scheduling Order:

    **(A) Likelihood of Settlement.** The Parties will engage in settlement discussions and the Parties will notify the Court as soon as possible if any settlement is reached.

    **(B) Likelihood of Appearance in the Action of Additional Parties.**

The Parties do not anticipate adding any additional parties at the present time.

    **(C) Discovery Schedule.** The Parties propose the following pretrial discovery schedule, which is based on the standard case management track pursuant to S.D. Fla. L.R. 16.1.A.2:

| DATE | ACTION |
|---|---|
| 8/25/20 | The Parties shall furnish their initial disclosures pursuant to Fed. R. Civ. P. 26. The Parties are under a continuing obligation to furnish supplements within ten (10) days of receipt or other notice of new or revised information. |
| 9/25/20 | The Parties shall file motions to amend pleadings or join Parties. |
| 12/22/20 | The Plaintiff shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| 01/22/21 | The Defendants shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| 02/12/21 | The Parties shall exchange rebuttal expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| 03/16/21 | The Parties shall complete all discovery, including expert discovery. |
| 04/13/21 | The Parties shall complete mediation. |
| 05/04/21 | The Parties shall file all dispositive pre-trial motions and memoranda of law. The Parties shall also file any motions to strike or exclude expert testimony, whether based on Federal Rule of Evidence 702 and Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993), or any another basis. |
| 05/31/21 | The Parties shall file motions in limine. All motions in limine must be filed at least six (6) weeks before calendar call. |
| 06/15/21 | The Parties shall file their joint pretrial stipulation, witness lists, and exhibit lists in accordance with Local Rule 16.1(d) and (e). The Parties shall also file final proposed jury instructions or conclusions of law (for non-jury trials). |
| 07/06/21 | Calendar Call |
| 07/20/21 | Trial |

**(D) Proposals for the Formulation and Simplification of Issues.** The Parties shall endeavor to simplify the issues throughout this action and via discovery and the filing of Motions for Summary Judgment, which will not only serve to assist in the formulation and simplification of issues but may also eliminate certain claims and/or defenses.

**(E) Necessity of Amendments to Pleadings.** At this time, the Parties do not anticipate filing any amendments to the pleadings.

**(F) Admissions and Stipulations Which Will Avoid Unnecessary Proof.** At this time, it is unknown whether admissions of fact may be obtained, whether authenticity of documents will be an issue, or whether the Parties will need advance rulings from the Court as to certain evidentiary matters. The Parties will endeavor to resolve as many evidentiary issues as possible by means of admissions and stipulations.

**(G) Suggestions for the Avoidance of Unnecessary Proof and of Cumulative Evidence.** The Parties will work together in advance of trial to stipulate to the authenticity of documents, to the extent possible, and to stipulate to as many facts as possible. This should assist in eliminating the presentation of unnecessary proof and cumulative evidence at trial.

**(H) Referral of Matters to Magistrate Judge.** The Parties agree to the referral of discovery matters only to a Magistrate Judge.

**(I) Preliminary Estimate of the Time Required for Trial.** The Parties believe this matter will require 3-4 days of a jury trial.

**(J) Calendar Call and Trial Dates.** The Parties request that a calendar call be scheduled for July 6, 2021, and that trial be scheduled to commence on or after July 20, 2021.

**(K) Other Information Helpful to the Court in Setting the Case for Status or Pretrial Conference.** At this time, the Parties are unaware of any other information that might be helpful to the Court in setting the case for status or pretrial conference.

A Joint Proposed Scheduling Order, contemplated under S.D. Fla. L.R. 16.1 (b)(3) is attached hereto as Exhibit "A."

Dated: July 29, 2020.

Respectfully submitted,

| | |
|---|---|
| */s/ Gregory Sconzo* | */s/ Ronnie Guillen* |
| Gregory S. Sconzo, Esq. | Ronnie Guillen |
| Florida Bar No.: 0105553 | Florida Bar No.: 842001 |
| Andrea C. Sconzo, Esq. | WINGET, SPADAFORA, SCHWARTZBERG, LLP |
| Florida Bar No.: 0105578 | 14 NE 1st Avenue, Suite 600 |
| Sconzo Law Office, P.A. | Miami, FL 33132 |
| 3825 PGA Boulevard, Suite 207 | (305) 830-0600 – Telephone |
| Palm Beach Gardens, FL 33410 | (305) 830-0601 – Telecopy |
| Telephone: (561) 729-0940 | Guillen.R@wssllp.com |
| Email: greg@sconzolawoffice.com | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 29, 2020, a true and correct copy of the foregoing was served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record on the below Service List.

By: */s/ Gregory Sconzo*
Gregory S. Sconzo, Esq.

## SERVICE LIST

Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Andrea C. Sconzo, Esq.
Florida Bar No.: 0105578
The Law Office of
Gregory S. Sconzo, P.A.
5080 PGA Boulevard, Suite 213
Palm Beach Gardens, FL 33408
Telephone: (561) 729-0940
Email: greg@sconzolawoffice.com
*Attorneys for Plaintiff*

Ronnie Guillen
Florida Bar No.: 842001
WINGET, SPADAFORA, SCHWARTZBERG, LLP
14 NE 1st Avenue, Suite 600
Miami, FL 33132
(305) 830-0600 – Telephone
(305) 830-0601 – Telecopy
Guillen.R@wssllp.com
*Attorneys for Defendant*