UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ANDRE LEWIS,

    Plaintiff,                               CASE NO.: 0:20-cv-61159-RKA

vs.

DISCOUNT PARKING FLL, LLC,
a Florida Limited Liability Company

    Defendant.

_____/

## SCHEDULING ORDER

THE COURT, having considered the Joint Scheduling Report of the Parties, and having been otherwise advised, it is hereby **ORDERED:**

1. This case is assigned to the standard case management track pursuant to S.D. Fla. L.R. 16.1.A.2:

2. The detailed discovery schedule agreed to by the Plaintiff and Defendant, is hereby approved and shall be set out below:

| DATE | ACTION |
| --- | --- |
| 8/25/20 | The Parties shall furnish their initial disclosures pursuant to Fed. R. Civ. P. 26. The Parties are under a continuing obligation to furnish supplements within ten (10) days of receipt or other notice of new or revised information. |
| 9/25/20 | The Parties shall file motions to amend pleadings or join Parties. |
| 12/22/20 | The Plaintiff shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |

| | |
|---|---|
| 01/22/21 | The Defendants shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| 02/12/21 | The Parties shall exchange rebuttal expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| 03/16/21 | The Parties shall complete all discovery, including expert discovery. |
| 04/13/21 | The Parties shall complete mediation. |
| 05/04/21 | The Parties shall file all dispositive pre-trial motions and memoranda of law. The Parties shall also file any motions to strike or exclude expert testimony, whether based on Federal Rule of Evidence 702 and Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993), or any another basis. |
| 05/31/21 | The Parties shall file motions in limine. All motions in limine must be filed at least six (6) weeks before calendar call. |
| 06/15/21 | The Parties shall file their joint pretrial stipulation, witness lists, and exhibit lists in accordance with Local Rule 16.1(d) and (e). The Parties shall also file final proposed jury instructions or conclusions of law (for non-jury trials). |
| 07/06/21 | Calendar Call |
| 07/20/21 | Trial |

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this ____ day of July, 2020.

                                        **ROY K. ALTMAN**
                                        **UNITED STATES DISTRICT JUDGE**

Copies furnished to:
Counsel of Record